**Order filed April 4, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01075-CV
_____

## ELIZABETH OKORAFOR, Appellant

## V.

## UNCLE SAM & ASSOCIATES, INC., Appellee

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Cause No. 06-DCV-153665**

## ORDER

No reporter's record has been filed in this case. The official court reporter for the 400th District Court informed this court that appellant had not made arrangements for payment for the reporter's record. On February 28, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant has not provided proof of payment or filed a response to this

court's order. The reporter's record has not been filed. Accordingly, we issue the following order:

We **ORDER** appellant to file a brief in this appeal on or before **May 3, 2013.** If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM